# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Paducah Division**

| | | |
|---|---|---|
| Stan Evans )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>LVNV Funding, LLC., *et al.* )<br>    *Defendant* )<br> ) | Case No. | 5:13-cv-00001 -TBR |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that he is Dismissing with Prejudice all of his claims against the Defendant, Asset Acceptance, LLC, arising out of his Complaint against Asset Acceptance, LLC in this action. This voluntary dismissal does not effect in any way Plaintiff's claims against any of the Defendants in this case.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
(502) 473-6525
Email: james@kyclc.com