UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:13-CV-1-R

STAN EVANS                                                                                          PLAINTIFF

V.

LVNV FUNDING, LLC, *et al.*                                                            DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.

cc: Counsel